# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  §
  §
MCREYNOLDS JR., GEORGE E.  §   Case No. 17-01989
MCREYNOLDS, MARCIA  §
  §
  §
        Debtors  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/24/2017. The undersigned trustee was appointed on 01/24/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $    30,018.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 10.11 |
   | Bank service fees | 335.23 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]         $    29,672.66

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was 07/06/2017 and the deadline for filing governmental claims was 07/24/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,751.80 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,751.80 , for a total compensation of $ 3,751.80 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/05/2018   By: /s/GINA B. KROL
           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 17-01989 JSB Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MCREYNOLDS JR., GEORGE E. | Date Filed (f) or Converted (c): | 01/24/17 (f) |
| | MCREYNOLDS, MARCIA | 341(a) Meeting Date: | 02/21/17 |
| For Period Ending: | 03/05/18 | Claims Bar Date: | 07/06/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate 1241 TIMBERLINE DR, Bartlett, IL | 240,000.00 | 0.00 | | 30,018.00 | FA |
| 2. Real Estate 351 WINDSOR CT. Unit D, So. Elgin, IL | 121,000.00 | 0.00 | | 0.00 | FA |
| 3. 2017 HYUNDAI ELANTRA Leased Leased Vehicle | Unknown | 0.00 | | 0.00 | FA |
| 4. 2017 HYANDAI ELANTRA Leased Leased Vehicle | Unknown | 0.00 | | 0.00 | FA |
| 5. FURNITURE | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Laptop computer and printer | 300.00 | 0.00 | | 0.00 | FA |
| 7. GOLF CLUBS | 100.00 | 0.00 | | 0.00 | FA |
| 8. Watches, costume jewelry, wedding bands | 250.00 | 0.00 | | 0.00 | FA |
| 9. CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 10. BMO HARRIS | 200.00 | 0.00 | | 0.00 | FA |
| 11. BMO HARRIS | 15.00 | 0.00 | | 0.00 | FA |
| 12. Stock in WEDDING BELLES, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 13. AMERICAN FUNDS-Retirement Account | 76,190.00 | 0.00 | | 0.00 | FA |
| 14. AMERICAN FUNDS- Retirement Account | 890.00 | 0.00 | | 0.00 | FA |
| 15. MINNESOTA MUTUAL QUALIFED IRA RETIREMENT ANNUITY C | 0.00 | 0.00 | | 0.00 | FA |
| 16. 1040- FEDERAL AND2016 TAX REFUNDSTATE | 3,817.00 | 0.00 | | 0.00 | FA |
| 17. UNITED OF OMAHA LIFE- TERM, BENEFICIARY: GEORGE MC | 0.00 | 0.00 | | 0.00 | FA |
| 18. MINNESOTA LIFE POL ENDING IN #962V, BENEFICIARY: M | 7,224.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $452,586.00      $0.00      $30,018.00      $0.00

(Total Dollar Amount in Column 6)

Case 17-01989   Doc 52   Filed 03/30/18   Entered 03/30/18 11:05:10   Desc Main
Document      Page 4 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 17-01989   JSB   Judge: JANET S. BAER | Trustee Name:   GINA B. KROL |
| Case Name: | MCREYNOLDS JR., GEORGE E. | Date Filed (f) or Converted (c):   01/24/17 (f) |
| | MCREYNOLDS, MARCIA | 341(a) Meeting Date:   02/21/17 |
| | | Claims Bar Date:   07/06/17 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review and object to claims then file TFR

October 10, 2017, 03:51 pm

Motion to accept offer from Debtor to purchase interest in real estate is set for June 9, 2017; bar date is July 6, 2017
- June 08, 2017, 09:41 am

Initial Projected Date of Final Report (TFR): 12/30/17   Current Projected Date of Final Report (TFR): 03/31/18

/s/   GINA B. KROL
_____   Date: 03/05/18
      GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 17-01989 -JSB | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | MCREYNOLDS JR., GEORGE E. | Bank Name: | ASSOCIATED BANK |
| | MCREYNOLDS, MARCIA | Account Number / CD #: | *******8010  Checking Account |
| Taxpayer ID No: | *******1049 | | |
| For Period Ending: | 03/05/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/12/17 | 1 | GEORGE MCREYNOLDS | | 1110-000 | 30,018.00 | | 30,018.00 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.35 | 29,990.65 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.59 | 29,946.06 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.52 | 29,901.54 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.02 | 29,858.52 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.39 | 29,814.13 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.90 | 29,771.23 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.26 | 29,726.97 |
| 02/07/18 | 030001 | International Sureties | BOND | 2300-000 | | 10.11 | 29,716.86 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.20 | 29,672.66 |

|  |  | COLUMN TOTALS | 30,018.00 | 345.34 | 29,672.66 |
| --- | --- | --- | --- | --- | --- |
| | | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 30,018.00 | 345.34 | |
| | | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 30,018.00 | 345.34 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********8010 | 30,018.00 | 345.34 | 29,672.66 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 30,018.00 | 345.34 | 29,672.66 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  30,018.00  345.34

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| | |   | | |
|---|---|---|---|---|
| Case No: | 17-01989 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | MCREYNOLDS JR., GEORGE E. | | Bank Name: | ASSOCIATED BANK |
| | MCREYNOLDS, MARCIA | | Account Number / CD #: | *******8010  Checking Account |
| Taxpayer ID No: | *******1049 | | | |
| For Period Ending: | 03/05/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| | | | Page Subtotals | 0.00 | 0.00 |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 05, 2018 |
|---|---|---|---|---|---|---|

Case Number:  17-01989  
Debtor Name:  MCREYNOLDS JR., GEORGE E.  

Priority Sequence  

Joint Debtor:  MCREYNOLDS, MARCIA

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison St., Suite 1100<br>Chicago, IL 60602 | Administrative | | $4,848.50 | $0.00 | $4,848.50 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison St., Suite 1100<br>Chicago, IL 60602 | Administrative | | $29.50 | $0.00 | $29.50 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | | $3,751.80 | $0.00 | $3,751.80 |
| 000004<br>050<br>4120-00 | Shelly's Bridal Couture<br>104 W. Main St.<br>Dundee, IL 60118 | Secured<br>Object attachments don't support claim against debtors.  Claim is against Debtor's corporation and secured by corporate assets | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197 | Unsecured | | $7,555.44 | $0.00 | $7,555.44 |
| 000002<br>070<br>7100-00 | Dimitras Bridal & Acce<br>1009-11 N RUSH STREET<br>FLOOR 3<br>CHICAGO, IL 60611 | Unsecured<br>Object attachments don't support claim against debtors.  Claim is against Debtor's corporation | | $0.00 | $0.00 | $0.00 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>Object attachments don't support claim against debtors.  Claim is against Debtor's corporation<br>Amended Claim #3 filed to include supporting documents to substantiate claim against individual | | $5,300.46 | $0.00 | $5,300.46 |
| 000005<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | #2003 | $37,321.08 | $0.00 | $37,321.08 |
| 000006<br>070<br>7100-00 | Marcia L. Powers<br>314 Bartam<br>Riverside, IL 60546 | Unsecured<br>Object attachments don't support claim against debtors.  Claim is against Debtor's corporation | | $0.00 | $0.00 | $0.00 |
| 000007<br>070<br>7100-00 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | #5002 | $917.85 | $0.00 | $917.85 |
| 000008<br>070<br>7100-00 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | #5003 | $35,109.12 | $0.00 | $35,109.12 |
| 000009<br>070<br>7100-00 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001 | Unsecured | | $1,757.22 | $0.00 | $1,757.22 |

|  |  |  | EXHIBIT C |  |  |  |
|---|---|---|---|---|---|---|
| Page 2 |  |  | ANALYSIS OF CLAIMS REGISTER |  |  | Date: March 05, 2018 |

Case Number: 17-01989  
Debtor Name: MCREYNOLDS JR., GEORGE E.  
Priority Sequence  
Joint Debtor: MCREYNOLDS, MARCIA

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Malvern PA 19355-0701 |  |  |  |  |  |
| 000010 070 7100-00 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Unsecured |  | $7,615.69 | $0.00 | $7,615.69 |
| 000011 070 7100-00 | Lauren Hammer<br>1340 N. Astor<br>Unit 1008<br>Chicago, IL 60610 | Unsecured | Object attachments don't support claim against debtors. Claim is against Debtor's corporation | $0.00 | $0.00 | $0.00 |
| BOND 999 2300-00 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative |  | $10.11 | $10.11 | $0.00 |
|  | Case Totals: |  |  | $104,216.77 | $10.11 | $104,206.66 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-01989
Case Name: MCREYNOLDS JR., GEORGE E.
      MCREYNOLDS, MARCIA
Trustee Name: GINA B. KROL

    Balance on hand      $    29,672.66

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,751.80 | $ 0.00 | $ 3,751.80 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,848.50 | $ 0.00 | $ 4,848.50 |
| Other: International Sureties | $ 10.11 | $ 10.11 | $ 0.00 |
| Other: Cohen & Krol | $ 29.50 | $ 0.00 | $ 29.50 |

    Total to be paid for chapter 7 administrative expenses    $    8,629.80
    Remaining Balance    $    21,042.86

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,576.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197 | $ 7,555.44 | $ 0.00 | $ 1,663.46 |
| 000003 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 5,300.46 | $ 0.00 | $ 1,166.99 |
| 000005 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 37,321.08 | $ 0.00 | $ 8,216.86 |
| 000007 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 917.85 | $ 0.00 | $ 202.08 |
| 000008 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 35,109.12 | $ 0.00 | $ 7,729.87 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000009 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 1,757.22 | $ 0.00 | $ 386.88 |
| 000010 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | $ 7,615.69 | $ 0.00 | $ 1,676.72 |

Total to be paid to timely general unsecured creditors    $ 21,042.86

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE