IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| **GEORGE E. MCREYNOLDS,** | ) | 17-01989 |
| **MARCIA MCREYNOLDS**, | ) | |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on April 2, 2018, by First Class U.S. Mail to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300                                          BY:/s/ Gina B. Krol
                                                      Ch 7 Bankruptcy Trustee

```
Label Matrix for local noticing         Cohen & Krol                          Deutsche Bank National Trust Company, as Tru
0752-1                                  105 W. Madison Street                 c/o Codilis and Associates P.C.
Case 17-01989                           Suite 105                             15W030 N Frontage Road, Suite 100
Northern District of Illinois           Chicago, IL 60602-4600                Burr Ridge, IL 60527-6921
Chicago
Mon Apr  2 09:31:00 CDT 2018

U.S. Bankruptcy Court                   AT&T                                  Alexandra's Bridal Boutique
Eastern Division                        P.O. Box 5014                         372 S. Main St.
219 S Dearborn                          Carol Stream, IL 60197-5014           Fall River, MA 02721-5323
7th Floor
Chicago, IL 60604-1702

American Express                        American Express                      American Express Bank, FSB
P.O. Box 0001                           P.O. Box 981535                       c/o Becket and Lee LLP
Los Angeles, CA 90096-0001              El Paso, TX 79998-1535                PO Box 3001
                                                                              Malvern  PA 19355-0701


American Express Centurion Bank         BMO Harris Bank                       Bel-Aire Bridal
c/o Becket and Lee LLP                  40 S. Barrington Rd.                  23002 Mariposa Av.
PO Box 3001                             Barrington, IL 60010-9574             Torrance, CA 90502-2605
Malvern  PA 19355-0701


Beverly Slaybe                          Bridal Accents Couture                Capital One
981 E. Lilac Dr.                        12501 Nicollet                        P.O. Box 30285
Palatine, IL 60074-1601                 Burnsville, MN 55337-5904             Salt Lake City, UT 84130-0285


Capital One Bank (USA), N.A.            Capital One, N.A.                     Chase Freedom Visa
PO Box 71083                            c/o Becket and Lee LLP                P.O. Box 1423
Charlotte, NC  28272-1083               PO Box 3001                           Charlotte, NC 28201-1423
                                        Malvern PA 19355-0701


Chase Milage Plus                       Chase Slate Visa                      Chicago Style Weddings
P.O. Box 15298                          P.O. Box 15298                        1008 Bonaventure Dr.
Wilmington, DE 19850-5298               Wilmington, DE 19850-5298             Elk Grove Village, IL 60007-3277


Citi Mortgage                           CitiMortgage, Inc.                    Com Ed
P.O. Box  9001067                       c/o K&L Gates LLP                     P.O. Box 6111
Louisville, KY 40290-1067               Sven T. Nylen                         Carol Stream, IL 60197-6111
                                        70 W. Madison Street, Suite 3100
                                        Chicago, IL 60602-4244


Cook County Treasurer                   Diamond Preferred Citicard            Dimitra Bridal
118 N. Clark St.  #112                  P.O. Box 183071                       1011 N. Rush St.
Chicago, IL 60602-1590                  Columbus, OH 43218-3071               Third Floor
                                                                              Chicago, IL 60611-1207


Dimitras Bridal & Acce                  EBI Couture                           Erika Fusz
1009-11 N RUSH STREET                   7144 N. Harlem Av.                    351 Windor Ct.
FLOOR 3                                 Ste #365                              Unit D
CHICAGO, IL 60611                       Chicago, IL 60631-1005                South Elgin, IL 60177-1957
```

| | | |
|---|---|---|
| Eva's Bridal<br>3339 N. Harlem Av.<br>Chicago, IL 60634-3602 | FC-Frances Couture<br>345 Frazier Av.<br>Unit 406<br>Chattanooga, TN 37405-4095 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197-0002 |
| First National Bank of Omaha<br>P.O. Box 2557<br>Omaha, NE 68103-2557 | Georganne Hager<br>5050 Chambers Dr.<br>Barrington, IL 60010-5647 | George Hager<br>c/o Georgiann McNamara<br>5050 Chambers Dr.<br>Barrington, IL 60010-5647 |
| George and Marcia McReynolds<br>1241 Timberline Dr.<br>Bartlett, IL 60103-1502 | Here Comes the Bride<br>190 N. Swift Rd.<br>Addison, IL 60101-1476 | Heritage Bank of Scaumburg<br>1535 W. Schaumburg Dr.<br>Schaumburg, IL 60194-4099 |
| Home Depot<br>P.O. Box 790328<br>Saint Louis, MO 63179-0328 | Hyundai Motor Finance<br>P.O. Box 20829<br>Fountain Valley, CA 92728-0829 | Jim Hjelm<br>JLM Couture Inc<br>225 W. 37th St.<br>New York, NY 10018-6752 |
| Joann Anders<br>1619 N. 44th Av<br>Stone Park, IL 60165-1125 | Julie Brown<br>1 N. Main St.<br>Unit 401<br>Algonquin, IL 60102-2492 | K & D Marketing<br>P.O. Box 89<br>Watertown, WI 53094-0089 |
| Kane County<br>c/o Kane county Treasurer<br>719 S. Batavia Av<br>Geneva, IL 60134-3000 | Kohl's<br>P.O. Box 3004<br>Milwaukee, WI 53201-3004 | Lauren Hammer<br>1340 N. Astor<br>Unit 1008<br>Chicago, IL 60610-8421 |
| Lauren Hammer<br>c/o Attorney Joel Schecter<br>53 W. Jackson Ste. #1522<br>Chicago, IL 60604-3761 | Marcia L. Powers<br>314 Bartam<br>Riverside, IL 60546-1819 | Margaret Gorman<br>20402 Falling Waters Cr.<br>Frankfort, IL 60423-1804 |
| Nolazco Landscaping<br>1518 Pawnee Rd.<br>Carpentersville, IL 60110-1315 | Ocwan Loan Servicing, LLC.<br>P.O. Box 660264<br>Dallas, TX 75266-0264 | Pearl's Place-Elaine Shuman<br>3114 Severine Av.<br>Metairie, LA 70002-4819 |
| Pronovias Fashion Group<br>14 E. 52nd St.<br>New York, NY 10022-5308 | Reese Kahoush<br>166 Macket St.<br>Apt. 238<br>Westlake, OH 44145-8114 | Sears Mastercard<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 |
| Shelly's Bridal Couture<br>104 W. Main St.<br>Dundee, IL 60118-2017 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Syncrony Care Credit<br>P.O. Box 965033<br>Orlando, FL 32896-5033 |

| | | |
|---|---|---|
| UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | Veiled in Elegance<br>21 S. Third St.<br>Geneva, IL 60134-2232 | William A. Hellyer Ltd<br>444 N IL Route 31 Suite 100<br>Crystal Lake, IL 60012-3730 |
| George E. McReynolds Jr.<br>1241 Timberline Dr.<br>Bartlett, IL 60103-1502 | Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 | Kent A Gaertner<br>Kent A. Gaertner P.C.<br>300 S. County Farm Rd.,<br>Suite I<br>Wheaton, IL 60187-2453 |
| Marcia McReynolds<br>1241 Timberline Dr.<br>Bartlett, IL 60103-1502 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CITIMORTGAGE, INC. | (d)Citi Mortgage Inc.<br>P.O. Box 9001067<br>Louisville, KY 40290-1067 | (u)Hyundai Motor Finance<br>NEED |
| (d)Hyundai Motor Finance<br>P.O. Box 20829<br>Fountain Valley, CA 92728-0829 | (u)Marcia McReynolds<br>Debtor address | (u)Marcia McReynolds<br>Debtor's address |
| (u)Wedding Belles LTD | (u)Wedding Belles LTD<br>Debtors' address | (du)Wedding Belles LTD. |
| (du)Wedding Belles, Inc<br>Debtors' address | (du)Wedding Belles, LTD | (u)Wedding Belles, LTD.<br>Debtor's address |
| (u)Wedding Bells LTD | (du)Wedding Bells, LTD | End of Label Matrix<br>Mailable recipients    67<br>Bypassed recipients    14<br>Total                  81 |

UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
MCREYNOLDS JR., GEORGE E. § Case No. 17-01989 JSB
MCREYNOLDS, MARCIA §
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 04/20/2018 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/02/2018            By: Gina B. Krol
                                         Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MCREYNOLDS JR., GEORGE E. §   Case No. 17-01989 JSB
MCREYNOLDS, MARCIA §
§
Debtors §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 30,018.00 |
| and approved disbursements of | $ 345.34 |
| leaving a balance on hand of[1] | $ 29,672.66 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,751.80 | $ 0.00 | $ 3,751.80 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,848.50 | $ 0.00 | $ 4,848.50 |
| Other: International Sureties | $ 10.11 | $ 10.11 | $ 0.00 |
| Other: Cohen & Krol | $ 29.50 | $ 0.00 | $ 29.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 8,629.80 |
| Remaining Balance | $ 21,042.86 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,576.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197 | $ 7,555.44 | $ 0.00 | $ 1,663.46 |
| 000003 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 5,300.46 | $ 0.00 | $ 1,166.99 |
| 000005 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 37,321.08 | $ 0.00 | $ 8,216.86 |
| 000007 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 917.85 | $ 0.00 | $ 202.08 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 35,109.12 | $ 0.00 | $ 7,729.87 |
| 000009 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 1,757.22 | $ 0.00 | $ 386.88 |
| 000010 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | $ 7,615.69 | $ 0.00 | $ 1,676.72 |

Total to be paid to timely general unsecured creditors      $      21,042.86

Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/GINA B. KROL
Trustee

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.