# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MCREYNOLDS JR., GEORGE E. | § | Case No. 17-01989 JSB |
| MCREYNOLDS, MARCIA | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 118,600.00                         Assets Exempt: 123,986.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  21,042.86         Claims Discharged
                                                     Without Payment:  306,928.00

Total Expenses of Administration:  8,975.14

---

3) Total gross receipts of $ 30,018.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 30,018.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 353,752.00 | $ 99,250.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,975.14 | 8,975.14 | 8,975.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 232,394.00 | 138,701.86 | 95,576.86 | 21,042.86 |
| **TOTAL DISBURSEMENTS** | $ 586,146.00 | $ 246,927.00 | $ 104,552.00 | $ 30,018.00 |

4) This case was originally filed under chapter 7 on 01/24/2017 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/12/2018        By: /s/GINA B. KROL
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate 1241 TIMBERLINE DR, Bartlett, IL | 1110-000 | 30,018.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 30,018.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank<br>40 S. Barrington Rd.<br>Barrington, IL 60010 | | 46,433.00 | NA | NA | 0.00 |
| | Citi Mortgage<br>P.O. Box 9001067 Louisville,<br>KY 40290-1067 | | 140,016.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Mortgage Inc. P.O. Box 9001067 Louisville, KY 40290-1067 | | 9,137.00 | NA | NA | 0.00 |
| | Cook County Treasurer 118 N. Clark St. #112 Chicago, IL 60602 | | 6,600.00 | NA | NA | 0.00 |
| | Georganne Hager 5050 Chambers Dr. Barrington, IL 60010 | | 4,100.00 | NA | NA | 0.00 |
| | Heritage Bank of Scaumburg 1535 W. Schaumburg Dr. Schaumburg, IL 60194-4052 | | 17,856.00 | NA | NA | 0.00 |
| | Hyundai Motor Finance NEED | | 0.00 | NA | NA | 0.00 |
| | Hyundai Motor Finance P.O. Box 20829 Fountain Valley, CA 92728-0829 | | 9,062.00 | NA | NA | 0.00 |
| | Hyundai Motor Finance P.O. Box 20829 Fountain Valley, CA 92728-0829 | | 7,577.00 | NA | NA | 0.00 |
| | Kane County c/o Kane county Treasurer 719 S. Batavia Av Geneva, IL 60134 | | 2,900.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwan Loan Servicing, LLC. P.O. Box 660264 Dallas, TX 75266-0264 | | 110,071.00 | NA | NA | 0.00 |
| 000004 | SHELLY'S BRIDAL COUTURE | 4120-000 | NA | 99,250.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 353,752.00** | **$ 99,250.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GINA B. KROL | 2100-000 | NA | 3,751.80 | 3,751.80 | 3,751.80 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 10.11 | 10.11 | 10.11 |
| ASSOCIATED BANK | 2600-000 | NA | 335.23 | 335.23 | 335.23 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 3,232.33 | 3,232.33 | 3,232.33 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):GINA B. KROL | 3110-000 | NA | 1,616.17 | 1,616.17 | 1,616.17 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):COHEN & KROL | 3120-000 | NA | 29.50 | 29.50 | 29.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 8,975.14** | **$ 8,975.14** | **$ 8,975.14** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T<br>P.O. Box 5014 Carol Stream, IL 60197 | | 1,200.00 | NA | NA | 0.00 |
| | Alexandra's Bridal Boutique<br>372 S. Main St. Fall River, MA 02721 | | 2,025.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 0001 Los Angeles, CA 90096 | | 601.00 | NA | NA | 0.00 |
| | American Express P.O. Box 0001 Los Angeles, CA 90096 | | 29,688.00 | NA | NA | 0.00 |
| | American Express P.O. Box 0001 Los Angeles, CA 90096 | | 36,043.00 | NA | NA | 0.00 |
| | Bel-Aire Bridal 23002 Mariposa Av. Torrance, CA 90502 | | 3,800.00 | NA | NA | 0.00 |
| | Beverly Slaybe 981 E. Lilac Dr. Palatine, IL 60074 | | 0.00 | NA | NA | 0.00 |
| | Bridal Accents Couture 12501 Nicollet Burnsville, MN 55337 | | 3,650.00 | NA | NA | 0.00 |
| | Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 4,721.00 | NA | NA | 0.00 |
| | Chase Freedom Visa P.O. Box 1423 Charlotte, NC 28201-1423 | | 23,676.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Milage Plus P.O. Box 15298 Wilmington, DE 19850-5298 | | 2,381.00 | NA | NA | 0.00 |
| | Chase Slate Visa P.O. Box 15298 Wilmington, DE 19850-5298 | | 4,069.00 | NA | NA | 0.00 |
| | Chicago Style Weddings 1008 Bonaventure Dr. Elk Grove Village, IL 60007 | | 425.00 | NA | NA | 0.00 |
| | Com Ed P.O. Box 6111 Carol Stream, IL 60197-6111 | | 562.00 | NA | NA | 0.00 |
| | Diamond Preferred Citicard P.O. Box 183071 Columbus, OH 43218-3071 | | 3,595.00 | NA | NA | 0.00 |
| | Dimitra Bridal 1011 N. Rush St. Third Floor Chicago, IL 60611 | | 15,689.00 | NA | NA | 0.00 |
| | EBI Couture 7144 N. Harlem Av. Ste #365 Chicago, IL 60631 | | 1,688.00 | NA | NA | 0.00 |
| | Erika Fusz 351 Windor Ct. Unit D South Elgin, IL 60177 | | 3,600.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Eva's Bridal 3339 N. Harlem Av. Chicago, IL 60634 | | 450.00 | NA | NA | 0.00 |
| | FC-Fiances Couture 345 Frazier Av. Unit 406 Chattanooga, TN 37405 | | 4,025.00 | NA | NA | 0.00 |
| | First National Bank of Omaha P.O. Box 2557 Omaha, NE 68103-2557 | | 7,288.00 | NA | NA | 0.00 |
| | George Hager c/o Georgiann McNamara 5050 Chambers Dr. Barrington, IL 60010 | | 4,100.00 | NA | NA | 0.00 |
| | Here Comes the Bride 190 N. Swift Rd. Addison, IL 60101 | | 4,825.00 | NA | NA | 0.00 |
| | Home Depot P.O. Box 790328 Saint Louis, MO 63179 | | 1,486.00 | NA | NA | 0.00 |
| | Jim Hjelm JLM Couture Inc 225 W. 37th St. New York, NY 10018 | | 5,200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joann Anders<br>1619 N. 44th Av Stone Park, IL 60165 | | 500.00 | NA | NA | 0.00 |
| | Julie Brown<br>1 N. Main St. Unit 401<br>Algonquin, IL 60102 | | 750.00 | NA | NA | 0.00 |
| | K & D Marketing<br>P.O. Box 89 Watertown, WI 53094 | | 1,655.00 | NA | NA | 0.00 |
| | Kohl's<br>P.O. Box 3004 Milwaukee, WI 53207 | | 1,556.00 | NA | NA | 0.00 |
| | Lauren Hammer<br>c/o Attorney Joel Schecter 53 W. Jackson Ste. #1522<br>Chicago, IL 60604 | | 1,600.00 | NA | NA | 0.00 |
| | Marcia McReynolds<br>Debtor's address | | 16,316.00 | NA | NA | 0.00 |
| | Margaret Gorman<br>20402 Falling Waters Cr.<br>Frankfort, IL 60423 | | 555.00 | NA | NA | 0.00 |
| | Marsha Powers<br>314 Bartam Riverside, IL 60546 | | 625.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nolazco Landscaping 1518 Pawnee Rd. Carpentersville, IL 60110 | | 805.00 | NA | NA | 0.00 |
| | Pearl's Place-Elaine Shuman 3114 Severine Av. Metairie, LA 70002 | | 21,005.00 | NA | NA | 0.00 |
| | Pronovias Fashion Group 14 E. 52nd St. New York, NY 10022 | | 2,150.00 | NA | NA | 0.00 |
| | Reese Kahoush 166 Macket St. Apt. 238 Westlake, OH 44145 | | 450.00 | NA | NA | 0.00 |
| | Sears Mastercard P.O. Box 6282 Sioux Falls, SD 57117-6282 | | 5,402.00 | NA | NA | 0.00 |
| | Shelly's Bridal Couture 104 W. Main St. Dundee, IL 60118 | | 2,650.00 | NA | NA | 0.00 |
| | Syncrony Care Credit P.O. Box 965033 Orlando, FL 32896-5033 | | 6,596.00 | NA | NA | 0.00 |
| | UPS P.O. Box 7247-0244 Philadelphia, PA 19170-0001 | | 342.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Veiled in Elegance 21 S. Third St. Geneva, IL 60134 | | 4,650.00 | NA | NA | 0.00 |
| | Wedding Belles, LTD. Debtor's address | | 0.00 | NA | NA | 0.00 |
| 000007 | AMERICAN EXPRESS BANK, FSB | 7100-900 | NA | 917.85 | 917.85 | 202.08 |
| 000008 | AMERICAN EXPRESS BANK, FSB | 7100-900 | NA | 35,109.12 | 35,109.12 | 7,729.87 |
| 000005 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | NA | 37,321.08 | 37,321.08 | 8,216.86 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 5,300.46 | 5,300.46 | 1,166.99 |
| 000009 | CAPITAL ONE, N.A. | 7100-900 | NA | 1,757.22 | 1,757.22 | 386.88 |
| 000002 | DIMITRAS BRIDAL & ACCE | 7100-900 | NA | 40,700.00 | 0.00 | 0.00 |
| 000001 | FIRST NATIONAL BANK OF OMAHA | 7100-900 | NA | 7,555.44 | 7,555.44 | 1,663.46 |
| 000011 | LAUREN HAMMER | 7100-900 | NA | 1,800.00 | 0.00 | 0.00 |
| 000006 | MARCIA L. POWERS | 7100-900 | NA | 625.00 | 0.00 | 0.00 |
| 000010 | SYNCHRONY BANK | 7100-900 | NA | 7,615.69 | 7,615.69 | 1,676.72 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 232,394.00 | $ 138,701.86 | $ 95,576.86 | $ 21,042.86 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 17-01989 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | MCREYNOLDS JR., GEORGE E. | | | Date Filed (f) or Converted (c): | 01/24/17 (f) |
| | MCREYNOLDS, MARCIA | | | 341(a) Meeting Date: | 02/21/17 |
| For Period Ending: | 06/12/18 | | | Claims Bar Date: | 07/06/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate 1241 TIMBERLINE DR, Bartlett, IL | 240,000.00 | 0.00 | | 30,018.00 | FA |
| 2. Real Estate 351 WINDSOR CT. Unit D, So. Elgin, IL | 121,000.00 | 0.00 | | 0.00 | FA |
| 3. 2017 HYUNDAI ELANTRA Leased Leased Vehicle | Unknown | 0.00 | | 0.00 | FA |
| 4. 2017 HYANDAI ELANTRA Leased Leased Vehicle | Unknown | 0.00 | | 0.00 | FA |
| 5. FURNITURE | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Laptop computer and printer | 300.00 | 0.00 | | 0.00 | FA |
| 7. GOLF CLUBS | 100.00 | 0.00 | | 0.00 | FA |
| 8. Watches, costume jewelry, wedding bands | 250.00 | 0.00 | | 0.00 | FA |
| 9. CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 10. BMO HARRIS | 200.00 | 0.00 | | 0.00 | FA |
| 11. BMO HARRIS | 15.00 | 0.00 | | 0.00 | FA |
| 12. Stock in WEDDING BELLES, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 13. AMERICAN FUNDS-Retirement Account | 76,190.00 | 0.00 | | 0.00 | FA |
| 14. AMERICAN FUNDS- Retirement Account | 890.00 | 0.00 | | 0.00 | FA |
| 15. MINNESOTA MUTUAL QUALIFED IRA RETIREMENT ANNUITY C | 0.00 | 0.00 | | 0.00 | FA |
| 16. 1040- FEDERAL AND2016 TAX REFUNDSTATE | 3,817.00 | 0.00 | | 0.00 | FA |
| 17. UNITED OF OMAHA LIFE- TERM, BENEFICIARY: GEORGE MC | 0.00 | 0.00 | | 0.00 | FA |
| 18. MINNESOTA LIFE POL ENDING IN #962V, BENEFICIARY: M | 7,224.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $452,586.00 | $0.00 | | $30,018.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1

Ver: 20.00i

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 17-01989   JSB   Judge: JANET S. BAER | Trustee Name: GINA B. KROL |
| Case Name: | MCREYNOLDS JR., GEORGE E. | Date Filed (f) or Converted (c): 01/24/17 (f) |
| | MCREYNOLDS, MARCIA | 341(a) Meeting Date: 02/21/17 |
| | | Claims Bar Date: 07/06/17 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review and object to claims then file TFR

October 10, 2017, 03:51 pm

Motion to accept offer from Debtor to purchase interest in real estate is set for June 9, 2017; bar date is July 6, 2017

- June 08, 2017, 09:41 am

Initial Projected Date of Final Report (TFR): 12/30/17      Current Projected Date of Final Report (TFR): 03/31/18

            /s/    GINA B. KROL
_____   Date: 06/12/18
         GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-01989 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MCREYNOLDS JR., GEORGE E. | | Bank Name: | ASSOCIATED BANK |
| | MCREYNOLDS, MARCIA | | Account Number / CD #: | *******8010  Checking Account |
| Taxpayer ID No: | *******1049 | | | |
| For Period Ending: | 06/12/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/12/17 | 1 | GEORGE MCREYNOLDS | | 1110-000 | 30,018.00 | | 30,018.00 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.35 | 29,990.65 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.59 | 29,946.06 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.52 | 29,901.54 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.02 | 29,858.52 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.39 | 29,814.13 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.90 | 29,771.23 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.26 | 29,726.97 |
| 02/07/18 | 030001 | International Sureties Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 10.11 | 29,716.86 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.20 | 29,672.66 |
| 04/20/18 | 030002 | Cohen & Krol 105 W. Madison St., Suite 1100 Chicago, IL 60602 | Final Distribution Attorney's Fees | 3110-000 | | 3,232.33 | 26,440.33 |
| 04/20/18 | 030003 | Cohen & Krol 105 W. Madison St., Suite 1100 Chicago, IL 60602 | Final Distribution Attorney's Expenses | 3120-000 | | 29.50 | 26,410.83 |
| 04/20/18 | 030004 | Gina B. Krol 105 W. Madison St., Ste. 1100 Chicago, IL 60602 | Final Distribution Trustee's Fees | 2100-000 | | 3,751.80 | 22,659.03 |
| 04/20/18 | 030005 | Gina B. Krol 105 W. Madison St., Ste. 1100 Chicago, IL 60602 | Final Distribution Attorney's Fees | 3110-000 | | 1,616.17 | 21,042.86 |
| 04/20/18 | 030006 | First National Bank of Omaha 1620 Dodge St., Stop Code 3105 Omaha, NE 68197 | Final Distribution (1-1) American Express ending in 6448 issued by First National Bank of Omaha | 7100-900 | | 1,663.46 | 19,379.40 |

Page Subtotals       30,018.00        10,638.60

Ver: 20.00i

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-01989 -JSB | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | MCREYNOLDS JR., GEORGE E. | | Bank Name: | ASSOCIATED BANK |
| | MCREYNOLDS, MARCIA | | Account Number / CD #: | *******8010 Checking Account |
| Taxpayer ID No: | *******1049 | | | |
| For Period Ending: | 06/12/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/20/18 | 030007 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution<br>(3-1) Incorrect PDF, Filer Notified<br>to File an Amended Proof of Claim (ah) Modified on 4/25/2017 | 7100-900 | | 1,166.99 | 18,212.41 |
| 04/20/18 | 030008 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Final Distribution | 7100-900 | | 8,216.86 | 9,995.55 |
| 04/20/18 | 030009 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Final Distribution | 7100-900 | | 202.08 | 9,793.47 |
| 04/20/18 | 030010 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Final Distribution | 7100-900 | | 7,729.87 | 2,063.60 |
| 04/20/18 | 030011 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Final Distribution | 7100-900 | | 386.88 | 1,676.72 |
| 04/20/18 | 030012 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Final Distribution<br>(10-1) Care Credit or GEMB or GECRB | 7100-900 | | 1,676.72 | 0.00 |

Page Subtotals 0.00 19,379.40

Ver: 20.00i

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-01989 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MCREYNOLDS JR., GEORGE E. | Bank Name: | ASSOCIATED BANK |
| | MCREYNOLDS, MARCIA | Account Number / CD #: | *******8010  Checking Account |
| Taxpayer ID No: | *******1049 | | |
| For Period Ending: | 06/12/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 30,018.00 | 30,018.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 30,018.00 | 30,018.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 30,018.00 | 30,018.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8010 | 30,018.00 | 30,018.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 30,018.00 | 30,018.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 20.00i

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*